AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LIFEGUARD LICENSING CORP., and POPULARITY PRODUCTS, LLC <br><br> *Plaintiff(s)* <br> v. <br> SANJAY PUNJABI and RAKHIS INTERNATIONAL, Inc., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANJAY PUNJABI   RAKHIS INTERNATIONAL, Inc.
2219 DUBLIN LN UNIT 3   324 S. DIAMOND BAR BLVD. #511
DIAMOND BAR, CA 91765-3256   DIAMOND BAR, CA 91765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Grunsfeld, Esq.   Naomi Jane Gray, Esq.
Lazar Grunsfeld Elnadav, LLP   Shades of Gray Law Group, P.C.
1795 Coney Island Avenue   445 S. Figueroa Street, Suite 3100
Brooklyn, NY 11230   Los Angeles, CA 90028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____07/27/2017_____    _____
*Signature of Clerk or Deputy Clerk*